IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DARRIN WAYNE QUIMBY,

          Plaintiff,                                    1:12-cv-1182-CL

     v.                                                 **ORDER**

DUTCH MINING, L.L.C. and DUTCH
GOLD RESOURCES INC.,

          Defendants.

---

**PANNER, District Judge:**

     Magistrate Judge Mark D. Clarke filed a Report and
Recommendation (#19), and the matter is now before this court.
See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no
objections have been filed, I review the legal principles *de novo*.
See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir.
1983). I find no error in the report. Magistrate Judge Clarke's

1  -  ORDER

Report and Recommendation (#19) is adopted. Plaintiff's motion for attorney's fees (#14) in the amount of $3,960.00 and costs in the amount of $540.00.

IT IS SO ORDERED.


DATED this __21__ day of February, 2013.


OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER