**Daniel Snyder, OSB No. 78385**
dansnyder@lawofficeofdanielsnyder.com
**Carl Post, OSB No. 06105**
carlpost@lawofficeofdanielsnyder.com
**LAW OFFICES OF DANIEL SNYDER**
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205
Telephone: (503) 241-3617
Facsimile: (503) 241-2249

   Of Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **DARRIN WAYNE QUIMBY,** | Case No. 1:12-cv-1182-CL |
| Plaintiff, | |
| v. | SUPPLEMENTAL JUDGMENT |
| **DUTCH MINING, L.L.C. and DUTCH GOLD RESOURCES INC.,** | |
| Defendants. | |

   Based on the court file and record herein, it is ordered that the General Judgment entered on November 30, 2012 is supplemented as follows:

   Plaintiff Darrin Quimby shall have a judgment against defendant Dutch Mining, LLC and

PAGE 1    SUPPLEMENTAL JUDGMENT                                    Exhibit A

defendant Dutch Gold Resources Inc. for attorney's fees in the amount of $3,960.00 and costs in the amount of $540.00.

Dated this 15 day of April 2013.

*[signature]*
Owen M. Panner
Honorable Senior District Judge